**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Seabirds Kitchen, LLC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Seabirds Kitchen** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3526804** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2930 Bristol St., Ste. A101A**<br>**Costa Mesa, CA 92626**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**Same as Principal Address.**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.Seabirdskitchen.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Seabirds Kitchen, LLC.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>2513</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Seabirds Kitchen, LLC.**                    Case number (*if known*) _____
             Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**                .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☒ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Seabirds Kitchen, LLC.**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Seabirds Kitchen, LLC.**                                          Case number (if known)
　　　　　Name

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2025**
　　　　　　　　MM/ DD/YYYY

**X** /s/ Stephanie Leigh Morgan                          Stephanie Leigh Morgan
　　Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** /s/ Steven E. Cowen, Esq.                      Date    **February 24, 2025**
　　Signature of attorney for debtor                         MM/DD/YYYY

**Steven E. Cowen, Esq.**
Printed name

**S.E. Cowen Law**
Firm name

**333 H Street, Suite 5000
Chula Vista, CA 91910**
Number, Street, City, State & ZIP Code

Contact phone    **619-202-7511**    Email address    **Cowen.steve@secowenlaw.com**

**132988 CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 24, 2025**          X **/s/ Stephanie Leigh Morgan**
                                               Signature of individual signing on behalf of debtor

                                               **Stephanie Leigh Morgan**
                                               Printed name

                                               **Managing Member**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Seabirds Kitchen, LLC.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Farmers & Merchants Bank 4909 Lakewood Blvd. Lakewood, CA 90712** | **Jana Mendoza** jana.mendoza@fmb.com 562.499.4827 | **Business loan.** | | | | $322,000.00 |
| **Farmers & Merchants Bank 4909 Lakewood Blvd. Lakewood, CA 90712** | attorneyrappel@gmail.com | **Blanket lien pursuant to a UCC-1 filing on listed company assets.** | | $351,000.00 | $75,000.00 | $276,000.00 |
| **Fisher & Phillips LLP Attn. Arthur Ramirez 2050 Main St., Suite 1000 Irvine, CA 92614** | **Arthur L. Ramirez** aramirez@fisherphillips.com (949) 798-2103 | **Legal fees including work in progress.** | | | | $11,636.03 |
| **Internal Revenue Service Central Insolvency Unit P.O. Box 21126 Philadelphia, PA 19114** | **Diana Aguilar** **N/A** **(510) 907-5401** | **Late fees.** | | | | $436.72 |
| **KBKG 225 S. Lake Ave. Suite 400 Pasadena, CA 91101** | **Greg Kniss** greg@kbkg.com **(877) 525-4462** | **Accounting fees** | **Unliquidated** | | | $0.00 |
| **Natalie Balcaceras 12027 Highdale St. Norwalk, CA 90650** | **Gabriella Sole, Esq.** gabriella.sole@wilshirelawfirm.com 213-381-9988 | **Unpaid wages.** | **Unliquidated Disputed** | | | $0.00 |

Debtor     **Seabirds Kitchen, LLC.**
　　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nishiya Co., Inc. DBA Tokyo Construction Co. 2421 W 205th St. Ste. D102 Torrance, CA 90501** | **T. Michael Fehmel** <br><br>**tmf@fehmel.com 323-933-2525** | **Pending judgment.** | **Unliquidated** | | | **$47,979.89** |
| **Perla Mageno Manning Law, APC Atty. for Perla Mageno 26100 Towne Center Drive Foothill Ranch, CA 92610** | **Joseph R. Manning Jr.** <br><br>**Disabilityrights@manninglawoffice.com 949-200-8755** | **Default judgment on ADA lawsuit.** | **Unliquidated Disputed** | | | **$9,074.00** |

# United States Bankruptcy Court
## Central District of California

In re   **Seabirds Kitchen, LLC.**

_____
Debtor(s)

Case No. _____
Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charlie .Brenneman<br>8872 Bolin Circle<br>Huntington Beach, CA 92646 | Common. | 6% | LLC membership interest. |
| Cory Graham<br>102 Setting Sun Court<br>Stephenson, VA 22656 | Common. | 7% | LLC membership interest. |
| Fred Siino<br>933 Sonora Rd.<br>Costa Mesa, CA 92626 | Common. | 2% | LLC membership interest. |
| Kyle Woodring<br>2247 N. Baker St.<br>Santa Ana, CA 92706 | Common. | 5% | LLC membership interest. |
| Scott Trestik<br>1635 Ohms Way, Suite B<br>Costa Mesa, CA 92627 | Common. | 2% | LLC membership interest. |
| Seabirds Truck, Inc.<br>2930 Bristol Street<br>Suite. A101A<br>Costa Mesa, CA 92626 | Common. | 77% | LLC membership interest. |
| Theodore Lai<br>3311 W. Lincoln Ave., #12<br>Anaheim, CA 92801 | Common. | 1% | LLC membership interest. |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 24, 2025**

Signature   **/s/ Stephanie Leigh Morgan**   _O. Morgan_
**Stephanie Leigh Morgan**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Long Beach__ , California.

Date:  __February 24 2025__

/s/ Stephanie Leigh Morgan    _O. Morgan_
**Stephanie Leigh Morgan**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor name     **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

</div>

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................    $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................    $      **57,826.49**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................    $      **57,826.49**

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      **351,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $      **436.72**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **390,689.92**

4.    **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b                $      **742,126.64**

**Fill in this information to identify the case:**

Debtor name **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$4,895.31** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Chase Bank business checking account.** | **Checking.** | **9928** | **$24,035.35** |
| 3.2.    **Chase Bank business savings account.** | **Savings.** | **3725** | **$4,917.31** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$33,847.97**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | |
|---|---|
| 7.1.    **Security Deposit with the Debtor's landlord: LAB, LP, 709 Randolph Avenue, Costa Mesa, A 92626.** | **$6,048.00** |

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   **$6,048.00**

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:    **10,281.52**    -    **0.00**    = ....    **$10,281.52**

   face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$10,281.52**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw ingredients, goods for sale and alcohol.** | | **$1,500.00** | **Liquidation** | **$1,500.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   **$1,500.00**

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No

   Valuation method _____    Current Value _____

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes. Book value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**1 Desk and 2 chairs.** | **$125.00** | **Liquidation** | **$125.00** |
| | **8 Patio dining tables.** | **$160.00** | **Liquidation** | **$160.00** |
| | **16 Dining tables.** | **$320.00** | **Liquidation** | **$320.00** |
| | **26 Dining chairs.** | **$520.00** | **Liquidation** | **$520.00** |
| | **10 Bar stools.** | **$200.00** | **Liquidation** | **$200.00** |
| | **1 Employee locker.** | **$10.00** | **Liquidation** | **$10.00** |
| 40. | **Office fixtures**<br>**9 Lighting fixtures.** | **$90.00** | **Liquidation** | **$90.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Nest cameras and security monitoring equipment.** | **$100.00** | **Liquidation** | **$100.00** |
| | **1 Music system with speakers.** | **$40.00** | **Liquidation** | **$40.00** |
| | **2 laptop computers and 1 printer.** | **$220.00** | **Liquidation** | **$220.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
   books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
   collections; other collections, memorabilia, or collectibles

Debtor    **Seabirds Kitchen, LLC.**                                    Case number *(If known)* _____
          Name

| | |
|---|---|
| 43. | **Total of Part 7.**    $1,785.00 |
| | Add lines 39 through 42. Copy the total to line 86. |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="4"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| 1 Toaster oven. | $30.00 | Liquidation | $30.00 |
| 2 Under-counter refrigerators. | $300.00 | Liquidation | $300.00 |
| 1 Hot-holding cabinet. | $100.00 | Liquidation | $100.00 |
| 1 Countertop stove with 2 burners. | $100.00 | Liquidation | $100.00 |
| 2 Rice cookers. | $40.00 | Liquidation | $40.00 |
| 1 Countertop griddle. | $100.00 | Liquidation | $100.00 |
| 2 Countertop fryers. | $200.00 | Liquidation | $200.00 |
| 1 Handwashing sink. | $20.00 | Liquidation | $20.00 |
| 2 Sandwhich preparation tables. | $400.00 | Liquidation | $400.00 |
| 1 Kegerator. | $200.00 | Liquidation | $200.00 |
| 1 Drink bubbler. | $100.00 | Liquidation | $100.00 |

Debtor    **Seabirds Kitchen, LLC.**                                    Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| **1 6-Tap tower.** | **$20.00** | **Liquidation** | **$20.00** |
| **1 Low-boy chef base cabinet.** | **$300.00** | **Liquidation** | **$300.00** |
| **1 Under-counter freezer.** | **$50.00** | **Liquidation** | **$50.00** |
| **2 Stand-up 1-door freezers.** | **$300.00** | **Liquidation** | **$300.00** |
| **1 Steam table.** | **$50.00** | | **$50.00** |
| **4 Trash cans.** | **$40.00** | **Liquidation** | **$40.00** |
| **1 Ice maker.** | **$100.00** | **Liquidation** | **$100.00** |
| **1 Three-compartment sink.** | **$50.00** | **Liquidation** | **$50.00** |
| **1 Pre-rinse faucet.** | **$20.00** | **Liquidation** | **$20.00** |
| **6 Metro storage racks.** | **$180.00** | **Liquidation** | **$180.00** |
| **3 Stainless Steel storage shelves.** | **$30.00** | **Liquidation** | **$30.00** |
| **2 Stainless steel preparation tables.** | **$80.00** | **Liquidation** | **$80.00** |
| **1 Filler water dispenser.** | **$20.00** | **Liquidation** | **$20.00** |
| **1 Salad preparation table.** | **$200.00** | **Liquidation** | **$200.00** |
| **1 Water heater.** | **$40.00** | **Liquidation** | **$40.00** |
| **1 Safe.** | **$100.00** | **Liquidation** | **$100.00** |
| **200 Pieces of silverware.** | **$400.00** | **Liquidation** | **$400.00** |
| **89 Dining plates.** | **$267.00** | **Liquidation** | **$267.00** |
| **42 Dining glasses.** | **$126.00** | **Liquidation** | **$126.00** |

51.    **Total of Part 8.**                                                              | **$3,963.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** https://www.seabirdskitchen.com/ . | **$1.00** | Liquidation | **$1.00** |
| 62. | **Licenses, franchises, and royalties** Business license description: Restaurant Serving Vegan Menu Items/Beer & wine. | Unknown | Liquidation | Unknown |
| | Alcoholic Beverage Control license. | Unknown | Liquidation | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** The debtor maintains an email mailing list containing email and contact information provided by customers through the Debtor's website. The email list is held on Debtor's Squarespace, Inc. website domain. Number if contacts: 7,000. | Unknown | Liquidation | $400.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | |
   |---|
   | **$401.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Seabirds Kitchen, LLC.**                                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,847.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,048.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,281.52 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,785.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,963.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $401.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $57,826.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $57,826.49 |

**Fill in this information to identify the case:**

Debtor name **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | | | |
|---|---|---|---|
| **Farmers & Merchants Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Blanket line pursuant to a UCC-1 filing on listed company assets.** | $351,000.00 | $75,000.00 |

**Farmers & Merchants Bank**
Creditor's Name

**4909 Lakewood Blvd.
Lakewood, CA 90712**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket line pursuant to a UCC-1 filing on listed company assets.**

Describe the lien
**UCC-1 filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

**attorneyrappel@gmail.com**
Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**June 11, 2019**

Last 4 digits of account number
**5962**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $351,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ron Appel, Esq.**<br>**Appel & Appel**<br>**2522 Chambers Rd., Suite 100**<br>**Tustin, CA 92780** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name   **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $436.72 | $436.72 |
| Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Taxes.** |  |  |
| Last 4 digits of account number **EIN**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Farmers & Merchants Bank**<br>**4909 Lakewood Blvd.**<br>**Lakewood, CA 90712** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $322,000.00 |
| Date(s) debt was incurred  **12/26/2018**<br>Last 4 digits of account number  **1091** | Basis for the claim:  **Business loan guaranteed by Debtor.**<br>Is the claim subject to offset?  ☑ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>**Fisher & Phillips LLP**<br>**Attn. Arthur Ramirez**<br>**2050 Main St., Suite 1000**<br>**Irvine, CA 92614** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,636.03 |
| Date(s) debt was incurred  **2024 - 2025**<br>Last 4 digits of account number  **EIN** | Basis for the claim:  **Legal fees.**<br>Is the claim subject to offset?  ☑ No  ☐ Yes |  |

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KBKG**
**225 S. Lake Ave.**
**Suite 400**
**Pasadena, CA 91101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Accounting fees**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Natalie Balcaceras**
**12027 Highdale St.**
**Norwalk, CA 90650**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred  **January to October 2023**

**Basis for the claim:**  **Unpaid wages.**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,979.89** |
|---|---|---|---|

**Nishiya Co., Inc.**
**DBA Tokyo Construction Co.**
**2421 W 205th St.**
**Ste. D102**
**Torrance, CA 90501**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/14/2024**

**Basis for the claim:**  **Construction contract.**

Last 4 digits of account number  **EIN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,074.00** |
|---|---|---|---|

**Perla Mageno**
**Manning Law, APC**
**Atty. for Perla Mageno**
**26100 Towne Center Drive**
**Foothill Ranch, CA 92610**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/2023**

**Basis for the claim:**  **Fraudulent ADA claim.**

Last 4 digits of account number  **1221**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gabriella Sole, Esq.**<br>**The Wilshire Law Firm**<br>**3055 Wilshire Blvd., 12th Floor**<br>**Los Angeles, CA 90010** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Joseph R. Manning Jr.**<br>**Manning Law, APC**<br>**Atty. for Perla Mageno**<br>**26100 Towne Center Drive**<br>**Foothill Ranch, CA 92610** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ron Appel, Esq.**<br>**Appel & Appel**<br>**2522 Chambers Rd., Suite 100**<br>**Tustin, CA 92780** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **T. Michael Fehmel, Esq.**<br>**Fehmel & Associates**<br>**4550 Wilshire Blvd.**<br>**Los Angeles, CA 90010** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 436.72 |
| **5b. Total claims from Part 2** | 5b. + | $ 390,689.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 391,126.64 |

**Fill in this information to identify the case:**

Debtor name **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest **Dishwasher lease.** | |
| State the term remaining **Through 8/2025** | **Ecolab Dishmachine Rental Program 1 Ecolab Place Saint Paul, MN 55102** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest **Commercial lines insurance policy. Account #10163070792.** | |
| State the term remaining **Through 12/1/2025** | **FG Insurance P.O. Box 73909 Cedar Rapids, IA 52407** |
| List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest **Commercial lines insurance policy. Account # FRS-H-P-ML-00011106-01.** | |
| State the term remaining **Through December 1, 2025** | **HDI Global Specialty SE Fallcon Claims Services 225 Liberty Street, 36th Floor New York, NY 10281** |
| List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest **Standard workers' compensation and employers' liability policy.  Account #PSIC07014368-01.** | |
| State the term remaining **Through 5/1/2025** | **Palomar Specialty Insurance Company Prod ID: TDW Risk Management Assoc. 111 Corporate Dr., Ste. 200 Ladera Ranch, CA 92694** |
| List the contract number of any government contract | |

Debtor 1  **Seabirds Kitchen, LLC.**                                             Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for point of sale equipment and service.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Revel Advantage**<br>**575 Market Street, Suite 2200**<br>**San Francisco, CA 94104** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential lease for 2930 Bristol Street, Unit A101A, Costa Mesa, CA 92626 and approximately 477 square feet of patio area adjacent to 2930 Bristol Street, Unit A101A, Costa Mesa, CA 92626.** | |
|---|---|---|---|
| | State the term remaining | **Through 3/31/2030** | |
| | List the contract number of any government contract | | **The LAB, LP**<br>**709 Randolph Avenue**<br>**Costa Mesa, CA 92626** |

**Fill in this information to identify the case:**

Debtor name    **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Seabirds Long Beach, LLC** | **2930 Bristol St., Ste. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **Seabirds Long Beach, LLC** | **2930 Bristol St., Ste. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Seabirds Los Feliz, LLC** | **2930 Bristol Street Suite A101A Costa Mesa, CA 92626** | **Nishiya Co., Inc.** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.4 | **Seabirds Truck, Inc.** | **2930 Bristol Street Suite. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

Debtor    **Seabirds Kitchen, LLC.**                                Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Seabirds Truck, Inc.** | **2930 Bristol Street Suite. A101A Costa Mesa, CA 92626** | **Internal Revenue Service** | ☐ D _____ ▮ E/F __2.1__ ☐ G _____ |
| 2.6 | **Seabirds Truck, Inc.** | **2930 Bristol Street Suite. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ▮ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Stephanie Morgan** | **2930 Bristol St., Ste. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ☐ D _____ ▮ E/F __3.1__ ☐ G _____ |
| 2.8 | **Stephanie Morgan** | **2930 Bristol St., Ste. A101 Costa Mesa, CA 92626** | **Natalie Balcaceras** | ☐ D _____ ▮ E/F __3.4__ ☐ G _____ |
| 2.9 | **Stephanie Morgan** | **2930 Bristol St., Ste. A101A Costa Mesa, CA 92626** | **Farmers & Merchants Bank** | ▮ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **William Harrison Denton** | **56 Wycliffe Irvine, CA 92602** | **Farmers & Merchants Bank** | ☐ D _____ ▮ E/F __3.1__ ☐ G _____ |
| 2.11 | **William Harrison Denton** | **56 Wycliffe Irvine, CA 92602** | **Farmers & Merchants Bank** | ▮ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Seabirds Kitchen, LLC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$251,424.40** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,067,792.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,296,388.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Seabirds Kitchen, LLC.**                                                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **The LAB, LP**<br>**709 Randolph Avenue**<br>**Costa Mesa, CA 92626** | **Within the last 90 days.** | **$49,131.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monthly lease payments to the Debtor's landlord.** |
| 3.2. **Vesta Foodservice**<br>**DBA LA Specialty**<br>**13527 Orden Dr.**<br>**Santa Fe Springs, CA 90670** | **Within the last 90 days.** | **$45,115.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Ingardia Brothers Produce, Inc.**<br>**700 South Hathaway St.**<br>**Santa Ana, CA 92705-4126** | **Within the last 90 days.** | **$27,949.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **UNIFI -United Natural Foods Inc.**<br>**14260 Dat Street**<br>**Moreno Valley, CA 92553** | **Within the last 90 days.** | **$9,418.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **SYSCO Riverside, Inc.**<br>**15750 Meridian Parkway**<br>**March Air Reserve Base, CA 92518** | **Within the last 90 days.** | **$16,257.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Imperial Dade Intermediate Holdings. LLC**<br>**255 Route 1 & 9**<br>**Jersey City, NJ 07306** | **Within the last 90 days.** | **$8,013.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Seabirds Kitchen, LLC.**                                      Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Nishiya Co., Inc. vs Seabirds Kitchen, LLC 23STCV02518** | **Breach of contract.** | **Superior Court of The State of California For the County of Los Angeles 111 N. Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Natalie Marie Balcaceres, individually, and on behalf of all others similarly situated vs. Seabirds Kitchen LLC, A California limited liability company; and DOES 1 through 10, inclusive 30-2023-01370119-CU-OE-CXC** | **Unpaid wages.** | **Orange County Superior Courrt Civil Complex Center 751 W Santa Ana Blvd. Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **3**

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(if known)* |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **S.E. Cowen Law** **333 H Street, 5th Floor** **Chula Vista, CA 91910** | | **September 24, 2024: $5000. January 10, 2025: $30,000.** | **$35,000.00** |
| | Email or website address **Cowen.steve@secowenlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

Debtor    **Seabirds Kitchen, LLC.**                                                    Case number *(if known)* _____

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black; color:white">**Part 9:** Personally Identifiable Information</div>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**The debtor maintains an email mailing list containing email and contact information provided by customers through the Debtor's website. The email list is held on Debtor's Squarespace, Inc. website domain.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Seabirds Kitchen, LLC** | EIN:  **463526804** |

Has the plan been terminated?
☑ No
☐ Yes

<div style="background:black; color:white">**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</div>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Seabirds Kitchen, LLC.** | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **California Dept. of Tax & Fee Admin.** <br> **12750 Center Court Dr. S.** <br> **Suite 400** <br> **Cerritos, CA 90703** | **Debtor's Chase business checking account** | **Current sales taxes owed and held in trust by the company pending payment.** | **$13,768.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Outstanding checks as of Petition Date** | | **Checks outstanding as of the date of the filing of the Petition including payroll checks, payments to vendors and rent.** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    **Seabirds Kitchen, LLC.**                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Michael Viola, CPA/MBA**<br>**Pure Restaurant Solutions**<br>**31878 Del Obispo, Suit. 118-505**<br>**San Juan Capistrano, CA 92675** | **4/2018 - Current** |
| 26a.2.    **Todd Reindl**<br>**Winter & Lozano CPAs, Inc.**<br>**942 E. Chapman Ave.**<br>**Orange, CA 92866** | **4/2013 - Current** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Michael Viola**<br>**Pure Restaurant Solutions**<br>**31878 Del Obispo, Suit. 118-505**<br>**San Juan Capistrano, CA 92675** | **2018 to current.** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael Viola**<br>**Pure Restaurant Solutions**<br>**31878 Del Obispo, Suit. 118-505**<br>**San Juan Capistrano, CA 92675** | |

| Debtor | Seabirds Kitchen, LLC. | Case number *(if known)* |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **Stephanie Morgan**<br>**2930 Bristol St., Ste. A101A**<br>**Costa Mesa, CA 92626** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Farmers & Merchants Bank**<br>**4909 Lakewood Blvd.**<br>**Lakewood, CA 90712** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | **Vanessa Wooten, General Manager** | **12/1/2024** | **$11,857.96 ; Food/Beverage and Liquor Inventory.** |

Name and address of the person who has possession of inventory records

**Michael Viola**
**Pure Restaurant Solutions**
**31878 Del Obispo, Suit. 118-505**
**San Juan Capistrano, CA 92675**

| | | | |
|---|---|---|---|
| 27.2. | **Vanessa Wooten, General Manager** | **11/1/2024** | **$14,244.63 ; Food/Beverage and Liquor Inventory.** |

Name and address of the person who has possession of inventory records

**Michael Viola**
**Pure Restaurant Solutions**
**31878 Del Obispo, Suit. 118-505**
**San Juan Capistrano, CA 92675**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seabirds Truck, Inc.** | **2930  Bristol Street, Ste. A101A**<br>**Costa Mesa, CA 92626** | **Majority owner.** | **77%** |

Debtor    **Seabirds Kitchen, LLC.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Stephanie Morgan, CEO | 2930 Bristol St., Ste. A101A Costa Mesa, CA 92626 | Managing Member | Stephanie Morgan has a 75% ownership interest in Seabirds Truck, Inc. which has a 77% owenership interest in Debtor. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| William Harrison Denton | 56 Wycliffe Irvine, CA 92602 | Managing member. Mr. Denton owns a 25% interest in Seabirds Truck, Inc., which owns a 77% interest in Debtor. | October 2013 to January 2025. |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Stephanie Morgan, CEO 2930 Bristol St., Ste. A101 Costa Mesa, CA 92626 | $50,250.00 | Within the last year. | Employment income (W2). |
| | Relationship to debtor Managing member and 75% owner of Seabirds Truck, Inc. | | | |
| 30.2. | William Harrison Denton 56 Wycliffe Irvine, CA 92602 | $35,750. | Within the last year. | Employment income (W2). |
| | Relationship to debtor 25% owner of Seabirds Truck, Inc. | | | |

Debtor    **Seabirds Kitchen, LLC.**                                    Case number *(if known)*

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension
                                                                  fund

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 24, 2025**

**/s/ Stephanie Leigh Morgan**                    **Stephanie Leigh Morgan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   Seabirds Kitchen, LLC.                Case No. _____

Debtor(s)       Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................ $   Payments pursuant to Application for Compensation approved by this Court.

Prior to the filing of this statement I have received ............................ $   Retainer of $35,000 which includes the $1738 Court filing fee. Pre-petition fees $33,262. Court Filing Fee to be paid, post-filing reducing the amount in counsel's trust account to $0.00.

Balance Due ............................................................................. $   To be determined pursuant to an Application for Compensation filed by the Debtor's counsel and approved by this Court.

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      All matters related to Debtor's Chapter 11, Subchapter V case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Representation in any Chapter 7 proceeding if the matter is converted.

In re    Seabirds Kitchen, LLC.                                            Case No.
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 24, 2025
*Date*

/s/ Steven E. Cowen
Steven E. Cowen 132988
*Signature of Attorney*
S. E. Cowen Law
333 H St.
Ste. 5000
Chula Vista, CA 91910
6192027511   Fax: 6194890431
cowen.steve@secowenlaw.com
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Steven E. Cowen, Esq.**
**333 H Street, Suite 5000**
**Chula Vista, CA 91910**
**619-202-7511 Fax: 619-489-0431**
California State Bar Number: 132988 CA
Cowen.steve@secowenlaw.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Seabirds Kitchen, LLC.**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **February 24, 2025**

/s/ **Stephanie Leigh Morgan**
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **February 24, 2025**

/s/ **Steven E. Cowen, Esq.**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Seabirds Kitchen, LLC.
2930 Bristol St., Ste. A101A
Costa Mesa, CA 92626


Steven E. Cowen, Esq.
S.E. Cowen Law
333 H Street, Suite 5000
Chula Vista, CA 91910


Ecolab Dishmachine Rental Program
1 Ecolab Place
Saint Paul, MN 55102


Farmers & Merchants Bank
4909 Lakewood Blvd.
Lakewood, CA 90712


FG Insurance
P.O. Box 73909
Cedar Rapids, IA 52407


Fisher & Phillips LLP
Attn. Arthur Ramirez
2050 Main St., Suite 1000
Irvine, CA 92614


Gabriella Sole, Esq.
The Wilshire Law Firm
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010


HDI Global Specialty SE
Fallcon Claims Services
225 Liberty Street, 36th Floor
New York, NY 10281

Internal Revenue Service
Central Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114


Joseph R. Manning Jr.
Manning Law, APC
Atty. for Perla Mageno
26100 Towne Center Drive
Foothill Ranch, CA 92610


KBKG
225 S. Lake Ave.
Suite 400
Pasadena, CA 91101


Natalie Balcaceras
12027 Highdale St.
Norwalk, CA 90650


Nishiya Co., Inc.
DBA Tokyo Construction Co.
2421 W 205th St.
Ste. D102
Torrance, CA 90501


Palomar Specialty Insurance Company
Prod ID: TDW Risk Management Assoc.
111 Corporate Dr., Ste. 200
Ladera Ranch, CA 92694


Perla Mageno
Manning Law, APC
Atty. for Perla Mageno
26100 Towne Center Drive
Foothill Ranch, CA 92610


Revel Advantage
575 Market Street, Suite 2200
San Francisco, CA 94104

Ron Appel, Esq.
Appel & Appel
2522 Chambers Rd., Suite 100
Tustin, CA 92780


Seabirds Long Beach, LLC
2930 Bristol St., Ste. A101A
Costa Mesa, CA 92626


Seabirds Los Feliz, LLC
2930 Bristol Street
Suite A101A
Costa Mesa, CA 92626


Seabirds Truck, Inc.
2930 Bristol Street
Suite. A101A
Costa Mesa, CA 92626


Stephanie Morgan
2930 Bristol St., Ste. A101A
Costa Mesa, CA 92626


T. Michael Fehmel, Esq.
Fehmel & Associates
4550 Wilshire Blvd.
Los Angeles, CA 90010


The LAB, LP
709 Randolph Avenue
Costa Mesa, CA 92626


William Harrison Denton
56 Wycliffe
Irvine, CA 92602

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven E. Cowen, Esq.**<br>**333 H Street, Suite 5000**<br>**Chula Vista, CA 91910**<br>**619-202-7511 Fax: 619-489-0431**<br>California State Bar Number: **132988 CA**<br>Cowen.steve@secowenlaw.com | |
| ☑ *Attorney for:  Seabirds Kitchen, LLC* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Seabirds Kitchen, LLC.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   <u>**Steven E. Cowen, Esq.**</u>                          , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☑ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: Seabirds Truck, Inc.
*[For additional names, attach an addendum to this form.]*

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**February 24, 2025**
**Date**

By:   **/s/ Steven E. Cowen, Esq.**
Signature of Debtor, or attorney for Debtor

Name:   **Steven E. Cowen, Esq.**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**